UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Mullany et al. v. Indevus Pharmaceuticals, Inc. et al      CA 04-11375-GAO

### NOTICE OF CONFERENCE

A case status conference is scheduled for Tuesday, July 13, 2004, at 2:30 p.m. in Courtroom 9 before the Honorable George A. O'Toole, Jr. Please mark your calendar accordingly.

TONY ANASTAS,
CLERK OF COURT

Dated: June 29, 2004

By Paul S. Lyness
Deputy Clerk