UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Malzahn et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11428-GAO |
| Willette et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11429-GAO |
| Mullany et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11375-GAO |

NOTICE OF CONFERENCE

A case status conference is scheduled for Tuesday, July 13, 2004, at 2:30 p.m. in Courtroom 9 before the Honorable George A. O'Toole, Jr. Please mark your calendar accordingly.

TONY ANASTAS,
CLERK OF COURT

Dated: June 29, 2004

By  Paul S. Lyness
     Deputy Clerk