UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARY MULLANY,                                :
                                             :
       Plaintiff,                            :        Civil Action
v.                                           :        No. 04-11375-GAO
                                             :
WYETH, INC.; WYETH PHARMACEUTICALS,          :
INC.; WYETH-AYERST INTERNATIONAL,            :
INC.; AND INDEVUS PHARMACEUTICALS,           :
INC., F/K/A INTERNEURON                      :
PHARMACEUTICALS, INC.,                       :
                                             :
       Defendants.                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated: August 5, 2004                    Respectfully submitted,
       Boston, Massachusetts
                                         /s/Matthew J. Matule
                                         Matthew J. Matule (BBO #632075)
                                         SKADDEN, ARPS, SLATE,
Of Counsel:                                 MEAGHER & FLOM LLP
Barbara Wrubel                           One Beacon Street
Katherine Armstrong                      Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                    (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                           Counsel for Defendant,
                                         Indevus Pharmaceuticals, Inc.